No. 01–8685.  FLORES *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–8694.  NADHEERUL-ISLAM *v.* PEPE ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 01–8700.  JOYCE *v.* YATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–8701.  TAYLOR *v.* BASSETT FURNITURE.  Sup. Ct. Ga.  Certiorari denied.

No. 01–8702.  WASHINGTON *v.* GARCIA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–8704.  WICKWARE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–8706.  WILLIAMSON *v.* MICHIGAN.  Cir. Ct. Wayne County, Mich.  Certiorari denied.

No. 01–8707.  WILSON *v.* GUNDY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–8709.  ANUNKA *v.* CAMPBELL ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–8710.  SNODDY *v.* HAWKE, COMPTROLLER OF THE CURRENCY.  C. A. 10th Cir.  Certiorari denied.

No. 01–8711.  CARPENTER *v.* SIZER, DEPUTY COMMISSIONER, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–8715.  FRIES *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 01–8717.  WHEELER *v.* DE LA SIERRA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–8720.  PIERCE *v.* PRICE, FORMER SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREEN, ET AL.  C. A. 3d Cir.  Certiorari denied.